AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Hayden, Katharine S | 2. Court or Organization<br><br>U.S. District Court - D.N.J. | 3. Date of Report<br><br>5/9/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ⦿ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>United States District Court<br>U.S.P.O. & Courthouse Bldg.<br>Newark, New Jersey 07101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto. it is, in my opinion. in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    Adjunct Professor | Seton Hall University School of Law |

## II. AGREEMENTS. (Reporting individual only: see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE    RECEIVED MAY 16 1 33 PM '05

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hayden, Katharine S | 5/9/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Seton Hall University School of Law - Adjunct Professor - Spring Term | $6,000 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Partner, law firm |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS -- income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. TRUST #1 | C | Div & Int | M | T | | | | | |
| 2. -Comcast Corp Common Stock | | | | | Buy | 10/11 | J | | |
| 3. -E I Dupont Common Stock | | | | | | | | | |
| 4. -Exxon Mobil Corp Common Stock | | | | | | | | | |
| 5. -General Electric Common Stock | | | | | | | | | |
| 6. -Lucent Technologies Common Stock | | | | | Buy | 10/11 | J | | |
| 7. -AT&T Corp New Common Stock | | | | | Sold | 10/11 | | | |
| 8. -AT&T Wireless Common Stock | | | | | Sold | 10/26 | J | A | See note in Part VIII |
| 9. -Agere Systems Inc Class A Common Stock | | | | | Sold | 10/11 | J | | See note in Part VIII |
| 10. -Agere Systems Inc. Class B Common Stock | | | | | Sold | 10/11 | J | | See note in Part VIII |
| 11. -Avaya Inc Common Stock | | | | | Sold | 10/11 | J | | |
| 12. -Alliance Bernstein Large-Cap Growth Mutual Fund | | | | | | | | | See note in Part VIII |
| 13. -Europacific Growth Fund Class A Mutual Fund | | | | | Buy | 12/20 | J | | |
| 14. -Franklin Mutual Beacon Fund Class C Mutual Fund | | | | | Buy | 12/21 | J | | |
| 15. -Smith Barney Fundamental Value Class C Mutual Fund | | | | | | | | | See note in Part VIII |
| 16. -Smith Barney Fund Cash Port Class A Money Market Account | | | | | | | | | |
| 17. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 18. -Aegon N V-ADR Amer REG-ADR Common Stock | | None | J | T | Buy | 12/01 | J | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS -- income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -Alcoa Inc Common Stock | A | Dividend | J | T | Buy | 04/23 | J | | |
| 20. | | | | | Buy | 05/21 | J | | |
| 21. - Annaly Mortgage Management Common Stock | A | Dividend | J | T | Buy | 10/26 | J | | |
| 22. -Arbor Realty Trust Inc Common Stock | | None | J | T | Buy | 11/05 | J | | |
| 23. -BP PLC Spons ADR Common Stock | A | Dividend | J | T | Buy | 04/28 | J | | |
| 24. -Cabela's Inc Class A Common Stock | | None | J | T | Buy | 11/11 | J | | |
| 25. | | | | | Buy | 12/06 | J | | |
| 26. | | | | | Buy | 12/15 | J | | |
| 27. -Comcast Corp Cl A Common Stock | | None | J | T | Buy | 05/06 | J | | |
| 28. | | | | | Buy | 10/26 | J | | |
| 29. | | | | | Buy | 10/27 | J | | |
| 30. -Consolidated Edison Inc Common Stock | A | Dividend | J | T | Buy | 08/17 | J | | |
| 31. -Duke Energy Corp | A | Dividend | J | T | Buy | 09/14 | J | | |
| 32. -Encana Corp-Cad Common Stock | A | Dividend | J | T | Buy | 10/07 | J | | |
| 33. -Enterprise Prods Partners LP Common Stock | A | Dividend | J | T | Buy | 10/07 | J | | |
| 34. -GlaxoSmithKline PLC SP ADR Common Stock | A | Dividend | J | T | Buy | 06/21 | J | | |
| 35. | | | | | Buy | 06/24 | J | | |
| 36. -JP Morgan Chase & Co | A | Dividend | K | T | Buy | 06/23 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS -- income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. | | | | | Buy | 07/13 | J | | |
| 38. - Kerr McGee Corp Common Stock | A | Dividend | K | T | Buy | 05/06 | J | | |
| 39. | | | | | Buy | 10/04 | J | | |
| 40. | | | | | Buy | 12/02 | J | | |
| 41. -Kimberly Clark Corp Common Stock | | None | J | T | Buy | 10/04 | J | | |
| 42. | | | | | Buy | 10/25 | J | | |
| 43. | | | | | Buy | 11/03 | J | | |
| 44. -Kmart Holdings Corp New Common Stock | | None | K | T | Buy | 07/26 | J | | |
| 45. -Merck & Co Inc Common Stock | | None | J | T | Buy | 10/04 | J | | |
| 46. | | | | | Sold | 11/03 | J | | |
| 47. -Motorola Inc DE Common Stock | A | Dividend | J | T | Buy | 07/12 | J | | |
| 48. | | | | | Buy | 07/22 | J | | |
| 49. -Mylan Laboratories Inc Common Stock | A | Dividend | J | T | Buy | 08/04 | J | | |
| 50. -Newell Rubbermaid Inc Common Stock | A | Dividend | J | T | Buy | 04/28 | J | | |
| 51. -Nokia Corp Sponsored ADR Common Stock | | None | J | T | Buy | 09/10 | J | | |
| 52. | | | | | Buy | 11/12 | J | | |
| 53. -Pentair Inc Common Stock | | None | J | T | Buy | 11/26 | J | | |
| 54. -Pfizer Inc Common Stock | | None | J | T | Buy | 12/17 | J | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS -- income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. -Phelps Dodge Corp Common Stock | A | Dividend | J | T | Buy | 04/28 | J | | |
| 56. -Public Service Enterprise GRP Common Stock | A | Dividend | J | T | Buy | 08/05 | J | | |
| 57. -SBC Communications Inc Common Stock | A | Dividend | J | T | Buy | 07/29 | J | | |
| 58. -Sasol LTD Spons ADR Common Stock | A | Dividend | J | T | Buy | 06/30 | J | | |
| 59. -Symbol Technologies Inc Common Stock | | None | J | T | Buy | 11/26 | J | | |
| 60. -Walt Disney Co Common Stock | | None | J | T | Buy | 05/21 | J | | |
| 61. | | | | | Buy | 06/24 | J | | |
| 62. | | | | | Buy | 07/15 | J | | |
| 63. | | | | | Buy | 09/29 | J | | |
| 64. -Wyeth Common Stock | A | Dividend | J | T | Buy | 04/27 | J | | |
| 65. | | | | | Buy | 06/21 | J | | |
| 66. -Calamos Strategic Total Return ST TH AUCT RT CUM PFD | A | Dividend | K | T | Buy | 10/07 | K | | |
| 67. -Nuveen Diversified Div&INCM FD AU CRT PFD SER T | A | Dividend | K | T | Buy | 10/05 | K | | |
| 68. -Real Estate Inc Fund Inc SR M Taxable AUCT RT PFD SHS | A | Dividend | K | T | Buy | 10/08 | K | | |
| 69. -Van Kampen Sr Incm TR SER W Taxable AUCT CUM PFD SHS | A | Dividend | K | T | Buy | 10/06 | K | | |
| 70. -Van Kampen Sr Incm TR SER F AUCT RT CUM PFD SHS | A | Dividend | K | T | Buy | 10/08 | K | | |
| 71. -N.J. HCF FIN AU Rev Var A St Barnabas Hlth Care L/C Chase | A | Interest | L | T | Buy | 09/07 | L | | |
| 72. | | | | | Sell | 10/05 | L | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 73. -Nuveen Premium Income Muni Fd MUN Action PFD | A | Dividend | K | T | Buy | 09/07 | K | | |
| 74. | | | | | Sell | 10/08 | K | | |
| 75. -Scudder Strategic Mun Income Pfd Ser T Tr | A | Dividend | K | T | Buy | 09/07 | K | | |
| 76. | | | | | Sell | 10/05 | K | | |
| 77. -Smith Barney Municipal Money Market Fund | B | Dividend | J | T | | | | | See note in Part VIII |
| 78. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 79. -Fidelity Investment Money Market Account | A | Dividend | K | T | | | | | |
| 80. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 81. -Smith Barney FMA Account | A | Dividend | M | T | | | | | See note in Part VIII |
| 82. IRA/401K ACCOUNTS | | | | | | | | | |
| 83. - IRA Franklin Templeton Mutual Shares Fund Class A | A | Dividend | K | T | | | | | |
| 84. - IRA Smith Barney Money Funds Inc Class A | A | Dividend | K | T | | | | | |
| 85. - IRA Smith Barney Money Funds Inc Class A | A | Dividend | K | T | | | | | |
| 86. - IRA The Provident Bank | A | Dividend | J | T | | | | | |
| 87. Greater Community Bancorp Common Stock | D | Dividend | N | T | | | | | |
| 88. Guardian Whole Life | D | Dividend | N | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

1. Part VII - Lines 8-10. AT&T Wireless Common Stock, Agere Systems Inc. Class A Common Stock and Agere Systems Inc. Class B Common Stock; these three (3) positions are spin-offs from AT&T Corp.

2. Part VII - Line 12. Alliance Bernstein Large-Cap Growth Mutual Fund is the successor to Alliance Premier Growth Fund Class C and represents a name change.

3. Part VII - Line 15. Smith Barney Fundamental Value Class C Mutual Fund is the successor to Smith Barney Fundamental Value Fund Class L and represents a name change.

4. Part VII - Line 77. Smith Barney Municipal Money Market Fund is a money market accvount into which all income and proceeds of sales are swept and from which funds are withdrawn to make security purchases. This position is unrelated to and separate from the IRA Smith Barney Money Funds, Inc Class A and the Smith Barney Fund Cash Portfolio Class A Money Market account listed under TRUST #1 at Line 15 & 16.

Part VII Line 81 - Smith Barney FMA Account is a money market account into which income is deposited and from which funds are withdrawn.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu _____  Date May 11, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544